# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-930
LT Case Nos. 2015-CF-1203-A
2015-CF-1204-A

_____

COLBURN CLIFFTON GOODEN
KELLY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.850 Appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

Colburn Cliffton Gooden Kelly, Lowell, pro se.

Ashley Moody, Attorney General, and Miranda L. Butson, Assistant Attorney General, Tallahassee, for Appellee.

April 9, 2024


PER CURIAM.

    AFFIRMED.

JAY, HARRIS and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____